```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/22/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
LAMONT D. SHERIDAN,                            :
                                               :  **ORDER**
                    Plaintiff,                 :
                                               :  19-CV-11744 (JLC)
        - against -                            :
                                               :
COMMISSIONER OF SOCIAL SECURITY,               :
                                               :
                                               :
                    Defendant.                 :
-----------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

The parties consented to litigate this case before me. Dkt. No. 12. Pursuant Judge Failla's standing order (Dkt. No. 5), the Commissioner was directed to file the administrative record within 90 days after service of the complaint, or in this case by June 4, 2020. To date, the administrative record has not been filed. The Court directs the Commissioner to either file the administrative record or submit a letter updating the Court on the status of the filing by **Friday, June 26**.

    **SO ORDERED.**

Dated: June 22, 2020
       New York, New York

_____
JAMES L. COTT
United States Magistrate Judge