# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

LAMONT D. SHERIDAN,

                    Plaintiff,                  19 **CIVIL**11744 (JLC)

     -v-                             **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.

------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated December 2, 2020, that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York
          December 3, 2020

                                                    **RUBY J. KRAJICK**
                                                    _____
                                                    **Clerk of Court**
                      **BY:**      *K. Mango*
                                                    _____
                                                    **Deputy Clerk**